**Motion Denied and Order filed July 14, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00384-CV

_____

## IN THE INTEREST OF L.T.B. AND L.M.A., CHILDREN

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-02943J**

---

## ORDER

This is an accelerated appeal from a judgment in a parental termination case. Appellant, S.S.A., is represented by retained counsel, **Donald M. Crane**.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). This accelerated schedule requires greater compliance with briefing deadlines.

Appellant's brief was originally due June 23, 2016. On counsel's motion, we granted an extension to file the brief until July 13, 2016. When we granted that motion, we

noted no further extensions would be granted. On July 12, 2016, counsel filed a further request for extension until August 2, 2016, to file appellant's brief.

We **DENY** the request for extension and **ORDER** Donald M. Crane to file appellant's brief no later than **July 25, 2016.** If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.

PER CURIAM

Panel consists of Justices Busby, Donovan, and Brown.